1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                            AT SEATTLE

7

8    LINCOLN LANE ADDLEMAN,

9                Plaintiff,                    CASE NO. C09-275RSM

10           v.                                ORDER ADOPTING REPORT AND
                                               RECOMMENDATION AND
11   KING COUNTY, et al.,                      DISMISSING ACTION

12               Defendants.

13

14        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United

15   States Magistrate Judge Brian A. Tsuchida, and plaintiff's objections thereto, does now find and

16   ORDER:

17        (1) The Report and Recommendation is approved and adopted, and the action is DISMISSED;

18        (2) Plaintiff's Rule 60(b) motion is STRICKEN as improper;

19        (3) Plaintiff's motions to show cause (Dkt. # 6) to return the filing fee (Dkt. # 7), and for an order

20   of transport (Dkt. # 8) are all DENIED;[1] and

21        (4) The Clerk shall direct copies of this Order to plaintiff at has address of record, and to the Hon.

22   Brian A. Tsuchida, United States Magistrate Judge.

23   //

24   //

25

26        [1]Plaintiff asserts that the filing fee paid by a third party should be returned as it was in *Zaxy Taxy Enterprises v. King County*, C05-709JCC. However, in that case the two individual plaintiffs were granted leave to proceed *in forma pauperis*, so the filing fee was returned to the payor. Here, plaintiff
27   has not been granted leave to proceed *in forma pauperis*, so the filing fee shall not be returned.

28    ORDER - 1

1

2

3        Dated this 22nd day of April, 2009.

4

5                                                    RICARDO S. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER - 2